John J. Belanger, Esq., State Bar No. 021671
jbelanger@bremerwhyte.com
Ryan S. Leibel, Esq., State Bar No. 037068
rleibel@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
8950 South 52nd Street, Suite 201
Tempe, AZ 85284
Telephone:  (602) 274-1204
Facsimile:  (602) 274-1205

Attorneys for Defendant,
Costco Wholesale Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luisa Acosta, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Costco Wholesale Corporation, | |
| Defendant. | |

Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for the following reasons:

**A.    THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

The Court determines diversity jurisdiction at the time of removal. *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938). A defendant seeking removal has the burden to establish this Court's jurisdiction. *See Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

/ / /

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

1491.025  4895-9899-0623.2

1. **There is Complete Diversity Among the Legitimate Parties.**

    (a)   Plaintiff Luisa Acosta is an individual residing in the State of Arizona. *See* First Amended Complaint, CV2021-093409, Superior Court of Arizona, Maricopa County, ¶ 3. Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

    (b)   Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco therefore is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

2. **The Amount in Controversy Exceeds $75,000.00.**

    Plaintiff has certified that the damages sought would not require the state court to assign this case to compulsory arbitration. *See* Amended Certificate of Compulsory Arbitration, CV2021-093409, Superior Court of Arizona, Maricopa County. Under the rule cited by Plaintiff, Plaintiff asserts that this matter is not subject to compulsory arbitration because Plaintiff seeks damages of $50,000.00 or more. Ariz. R. Civ. P. 72. On June 21, 2021, Plaintiff's counsel presented a pre-litigation policy limits demand based on alleged past and expected future specials totaling $87,882.17. Plaintiff's alleged damages thus establish that the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

3. **Costco Has Met Its Burden.**

    Based on the foregoing, complete diversity of citizenship exists and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010). As such, Costco has met its burden to establish jurisdiction of this Court.

B.  **THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

    A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3). Here, Plaintiff filed the First Amended Complaint in state court on August 25, 2021, naming as Defendants Costco, as well as Costco employee Jeff Felz ("Felz"). As Felz is a resident of Arizona, the First Amended Complaint

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

2

1491.025  4895-9899-0623.2

1  was not initially removable. On May 10, 2022, Costco filed with the Superior Court a
2  Stipulation to Dismiss Defendants Jeff Felz and Jane Doe Felz, and a proposed Order granting
3  same. Thereafter, on May 13, 2022, the Superior Court issued an Order dismissing
4  Defendants Jeff Felz and Jane Doe Felz, with prejudice. Thus, as of May 13, 2022, this case
5  became removable. This Notice of Removal therefore has been timely filed. *See* 28 U.S.C.
6  § 1446(b)(2)(B).

7  Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of this
8  Notice of Removal with the Superior Court of Arizona, Maricopa County and served it on
9  Plaintiff.

10  Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court are
11  attached as Exhibit A.

12  WHEREFORE, Costco gives notice that the action pending against it in the Superior
13  Court of Arizona, Maricopa County, has been removed to the United States District Court for
14  the District of Arizona, Phoenix Division.

15  Dated:  March 27, 2022                    BREMER WHYTE BROWN & O'MEARA LLP

17                                            By: */s/ John Belanger*
                                                  John J. Belanger, Esq.
18                                                Ryan S. Leibel, Esq.
                                                  Attorneys for Defendant
19                                                Costco Wholesale Corporation

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

3

1491.025  4895-9899-0623.2

I hereby certify that on May 27, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

chad@bigchadlaw.com
spenser@bigchadlaw.com
erin@bigchadlaw.com
Chad A. Schaub, Esq.
Spenser W. Call, Esq.
Big Chad Law, LLC
500 West Ray Road, Suite 10
Chandler, Arizona 85225
*Attorneys for Plaintiff*

By: */s/ DD Waldron*

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

4

1491.025  4895-9899-0623.2